# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CP MARINE SERVICES, LLC and** | | |
| **TEN MILE EXCHANGE, LLC** | * | |
| | * | **CIV. NO.** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **SEACOR RELENLESS, SEACOR RELIANT,** | * | |
| **their tackle, appurtenances, etc.,** | * | **MAGISTRATE** |
| *in rem* | * | |

## VERIFIED COMPLAINT

*TO THE HONORABLE JUDGES OF THE EASTERN DISTRICT OF LOUISIANA:*

NOW COME plaintiffs, CP Marine Services, LLC and Ten Mile Exchange, LLC, and for their Verified Complaint against the SEACOR RELENTLESS and SEACOR RELIANT, their tackle, appurtenances, etc., *in rem*, allege with respect as follows:

1.

Plaintiff, CP Marine Services, LLC, is a limited-liability company organized and existing under the laws of Louisiana, which maintains its principal place of business in Marrero, Louisiana.

2.

Plaintiff, Ten Mile Exchange, LLC is a limited-liability company organized and existing under the laws of Louisiana, which maintains its principal place of business in Marrero, Louisiana.

3.

Defendants, M/V SEACOR RELENTLESS (Official No. 1090362) and M/V SEACOR RELIANT (Official No.: 1082755) (together the "Vessels"), are offshore service vessels owned by Jepp Dynamic Contracts, Ltd., a Nigerian company.  On information and belief, Jepp purchased the Vessels from SEACOR Marine Holdings, Inc. on or about January 17, 2020.  The Vessels are presently located at the shipyard facility owned and operated by plaintiffs, CP Marine Services,

LLC and Ten Mile Exchange LLC, at 4881 Everard St, in Marrero, Louisiana within the jurisdiction of this Court.

4.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is brought pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

5.

Venue is proper in this Court under 28 U.S.C. §1391, since this matter involves services provided within this judicial district and since the Vessels are present in this jurisdiction.

6.

Plaintiffs entered into an agreement with Jepp Dynamic Contracts, Ltd., the owner of both Vessels, and its affiliated representative, Burnsville Integrated Services, Ltd., to perform various work on the Vessels at Plaintiffs' shipyard in Marrero, Louisiana.  The agreed upon work included, among other things, preparing the vessels for drydocking by removing all fuel, oil, potable water and ballast water from the vessels' tanks; removing the Vessels' anchors and anchor chains; moving the Vessels into drydock; and performing various repairs and refurbishments to the Vessels while in drydock, including the removal of the wooden decks and the installation of new decks on both Vessels.

7.

It was further agreed between Plaintiffs and Jepp/Burnsville that a storage charge of $300 per day per vessel would be charged for any periods of time in which the Vessels were stored at the

facility while not actively undergoing repairs.

8.

Plaintiffs agreed to commence work upon the payment by Jepp/Burnsville of an initial deposit, with the understanding that the deposit would be replenished as necessary as the work progressed such that the work would at all times be funded in advance.  In accordance with this agreement, Jepp/Burnsville supplied plaintiffs with an initial deposit of $60,000 to fund commencement of the work on the Vessels.

9.

Jepp/Burnsville's initial deposit of $60,000 has been exhausted for some time and a substantial unpaid balance for work on the Vessels has accrued.  As reflected in CP Marine invoice no. 20-0710-02 (dated July 11, 2020), there is an outstanding balance of $96,460 for work performed on the vessels to date.

10.

In addition, the Vessels were stored at the facility for approximately 88 days before work commenced on or about May 18, 2020, and they have been in storage again since about July 14, 2020.  As a consequence, storage charges, which continue to accrue daily, are owed in the approximate amount of $80,400 as of September 22, 2020.  The total sum presently due is thus approximately $184,360, and the amount increases daily.

11.

Despite amicable demand by Plaintiffs, Jepp/Burnsville has failed to pay any portion of the outstanding sums due under the repair invoice or for the Vessels' storage.

12.

Plaintiffs' services have been performed and are being performed for the benefit of the Vessels.   Plaintiffs have a maritime lien against the Vessels for the value of the services rendered.

WHEREFORE, plaintiffs pray that:

1. A warrant of arrest in due form be issued against the SEACOR RELENTLESS and SEACOR RELIANT, citing those claiming any interest in said vessel to appear and answer this verified complaint;

2. After due proceedings there be judgment entered in favor of plaintiffs and against the SEACOR RELENTLESS and SEACOR RELIANT, their tackle, apparel, etc., in the amount of the value of the services provided by plaintiffs, together with reasonable attorney's fees, interest and costs;

3. That the SEACOR RELENTLESS and SEACOR RELIANT, their tackle, apparel, etc., be condemned and sold to satisfy judgment herein; and

4. That the court grant plaintiffs such other and further relief as Plaintiffs may be entitled to receive in law or equity.


Respectfully submitted,

**HARRIS & RUFTY, L.L.C.**

**/s/ Alfred J. Rufty, III**
**ALFRED J. RUFTY III (La. Bar #19990)**
**RUFUS C. HARRIS, III (La. Bar #6638)**
**650 Poydras Street, Suite 2710**
**New Orleans, Louisiana 70130**
**Telephone: (504) 525-7500**
**Attorneys for CP Marine, LLC and Ten Mile Exchange, LLC**


**PLEASE ISSUE PROCESS *IN REM* (WARRANT OF ARREST) AGAINST VESSELS SEACOR RELENTLESS and SEACOR RELIANT Located at CP Marine, LLC 4881 Everard Street Marrero, LA 70072**